THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD SALZCYNSKI and ANDREW RODEGHIERO, Appellants.

Argued October 16, 1946; decided November 14, 1946.

*John S. McGovern* for appellants.

*Leo J. Hagerty, District Attorney, Erie County (Maurice Frey* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VAL R. WITTICH, JR., Appellant, against ROLLIN BROWNE et al., Constituting the State Tax Commission, Respondents.

Argued October 7, 1946; decided November 14, 1946.